UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES; <br><br> and <br><br> MEHMET OZ, in his official capacity as the Administrator of the Centers for Medicare & Medicaid Services, <br><br> Defendants. | Case No. _____ <br><br> **EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION (REQUEST FOR IMMEDIATE RELIEF)** |

**PLAINTIFF'S EMERGENCY MOTION FOR A
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION
(REQUEST FOR IMMEDIATE RELIEF)**

Under Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Family Planning Association of Maine d/b/a Maine Family Planning ("MFP") moves for a temporary restraining order and/or preliminary injunction to enjoin Defendants from enforcing Section 71113 of the One Big Beautiful Bill Act, H.R. 1, 119th Cong. (2025) (as enrolled), against MFP. Plaintiff respectfully requests that an injunction be granted without bond, or in the alternative, that it only be required to post a nominal bond. Plaintiff requests an expedited briefing schedule, hearing, and ruling.

1

Plaintiff further requests that the injunction specify that Defendants, their agents, employees, appointees, successors, and anyone in concert or participation with Defendants is enjoined from enforcing, threatening to enforce, or otherwise applying the provisions of Section 71113 against Plaintiff for seeking and receiving Medicaid reimbursement for such services, even if the injunction is later reversed. Additionally, Plaintiff requests that the injunction specify that Defendants, their agents, employees, appointees, successors, and anyone acting in concert or participation with Defendants must ensure that Medicaid funding continues to be disbursed to Plaintiff in the customary manner and timeframes; that Plaintiff may seek and obtain reimbursements for eligible care while the injunction is in place; and retain such reimbursements even if the injunction is later reversed.

This Motion is based on the Complaint, the accompanying Memorandum of Law and declarations attached thereto.

Dated: July 16, 2025                                         Respectfully submitted,

                                                             /s/ Taylor Asen
                                                             _____

                                                             Taylor Asen
                                                             Rosalie B.C. Wennberg
                                                             GIDEON ASEN LLC
                                                             95 Main Street, 4th Floor, #5
                                                             Auburn, ME 04210
                                                             (207) 206-8982
                                                             tasen@gideonasenlaw.com
                                                             rwennberg@gideonasenlaw.com

                                                             Meetra Mehdizadeh*
                                                             Astrid Marisela Ackerman*
                                                             CENTER FOR REPRODUCTIVE RIGHTS
                                                             199 Water Street, 22nd Floor
                                                             New York, New York 10038
                                                             (917) 637-3788
                                                             mmehdizadeh@reprorights.org
                                                             aackerman@reprorights.org

Faith Gay*
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
(212) 390-9000
fgay@selendygay.com

*Attorneys for Plaintiff*

\* *Application for admission* pro hac vice *forthcoming*