# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING; <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES; <br><br> and <br><br> MEHMET OZ, in his official capacity as the Administrator of the Centers for Medicare & Medicaid Services, <br><br> Defendants. | Case No. _____ |

### DECLARATION OF CASSIDY JARVIS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

I, Cassidy Jarvis, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I have been a Site Administrative Coordinator at Maine Family Planning's ("MFP") Fort Kent and Presque Isle clinics in Aroostook County for the past ten years. In my role as a Site Administrative Coordinator, I work at the front desk, check patients in and out, field any calls from patients to the clinic, and triage patients who come to the clinic to pick up birth control pills. For

1

the last five years or so, I have also worked as a Certified Medical Assistant ("CMA") at these two clinics. In my role as a CMA, I assist with patient care, including rooming patients; taking patients' medical, social, and family history; collecting urine samples; and helping with procedures like colposcopies, endometrial biopsies, and insertion and removal of long-acting reversible contraception ("LARC") like Nexplanon and IUDs.

2. I am familiar with section 71113 of the One Big Beautiful Bill Act, H.R. 1, 119th Cong. (2025) (the "Defunding Provision") and the impact it has had and will continue to have on MFP's Fort Kent and Presque Isle clinics. I submit this declaration in support of Plaintiff's motion for a temporary restraining order and/or preliminary injunction. It is based on my personal knowledge and experience.

3. Our Fort Kent and Presque Isle clinics provide essential care in a rural and remote part of Maine. In many parts of Aroostook County, health care is hard to access: some patients may not have access to cars, not many providers are within walking distance, and there is not a lot of public transportation. Even if patients can access care elsewhere, many prefer to get their care at MFP. Many hospitals in the area use locum doctors (temporary or traveling doctors) who stay for only short periods of time, so their providers are constantly changing. In contrast, we have had the same providers at our Fort Kent and Presque Isle clinics for the last ten years, who have built trust with our patients and community over that time. As a result, our patients feel comfortable sharing intimate details about their sexual and reproductive health, including details that may be difficult to discuss, with our providers. Many of our female patients also feel more comfortable receiving care like pelvic exams at MFP because our providers are female, while many of the health care providers in the surrounding area are male. Finally, our patients trust us to provide confidential care. Because the community in this area is small, many patients prefer to get their

2

sexual and reproductive health care at MFP clinics rather than at hospitals, where there is a higher chance of running into someone they know. Because we have spent time and effort building these trusting relationships with our patients, many of them continue to come back to MFP for care; they do not want to go elsewhere for care, especially when going to a new provider would mean having to again tell someone else intimate and potentially difficult-to-discuss details about their sexual and reproductive health.

4. The Defunding Provision has had a devastating impact on our ability to keep providing essential care to our patients. Since the Defunding Provision was signed into law on July 4, 2025, we have been forced to stop accepting new primary care patients who are on Medicaid, even though we have people coming in almost daily who want to sign up as new primary care patients. If we cannot take Medicaid, I worry these patients will not be able to get primary care elsewhere, particularly because some primary care offices in the area are not accepting new patients at this time.

5. Our existing Medicaid patients are scared and confused about what the Defunding Provision means for their ability to keep getting care. We have continued to see Medicaid patients at the Fort Kent and Presque Isle clinics because we know our patients rely on us for care. But we have been forced to stop submitting Medicaid reimbursements. In the short time the Defunding Provision has been in effect, our patients—including those who have traveled significant distances to receive care at our clinics—have expressed concerns about their ability to pay out of pocket for birth control and other care. Necessities like heating and electricity are expensive in Aroostook County, and paying out of pocket for one pack of birth control pills costs $25 per month, so if we cannot accept Medicaid, many patients will be forced to make tough decisions about whether they can afford to pay for birth control out of pocket given the high cost of other necessities. I have also

observed patients who were worried and distraught about being forced to go without birth control and potentially experiencing a life-changing unplanned pregnancy as a result.

6. If we continue not being able to take Medicaid, our patients may also be forced to forgo getting tested or treated for infections, including sexually transmitted infections ("STIs"). I worry that patients will not get the antibiotics they need and that there will be spikes in STIs like syphilis in the area. Moreover, we generally try to schedule patients for follow-up care if, for example, they have abnormal results after a cervical cancer screening or feel lumps in their breasts that might indicate breast cancer. If we cannot take Medicaid, patients may not be able to afford to pay for this follow-up care out of pocket and may not be able to get this potentially life-saving care elsewhere.

7. The Defunding Provision has also had an impact on MFP staff like me. We all have bills to pay and families to take care of, and I am personally afraid of what the Defunding Provision means for MFP clinics and for my job. I love working at MFP. I feel like I belong here and that I am part of a family here. I love connecting with our patients and witnessing how providing care for them is often a source of relief and self-affirmation. It is incredibly hard to deal with the uncertainty that the Defunding Provision has created for the clinics and our staff while trying to continue providing quality care to our patients and reassuring them that we are going to be here for them for as long as we can.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July, 2025 at __Fort Kent__, Maine.

_____
Cassidy Jarvis