UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING; <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES <br> and <br><br> MEHMET OZ, in his official capacity as the Administrator of the Centers for Medicare & Medicaid Services, <br><br> Defendants. | Case No. _____ |

**DECLARATION OF EVELYN KIELTYKA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

I, Evelyn Kieltyka, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am the Senior Vice President of Program Services for Plaintiff Maine Family Planning ("MFP"), where I have worked for nearly 31 years. In this position, I oversee MFP's programming, which includes clinical care at sites throughout the state, as well as educational, health, and social service programs. I also oversee our quality assurance program and manage our

1

budget for clinical services to ensure we are meeting revenue and expense targets. I submit this declaration in support of Plaintiff's motion for a temporary restraining order and/or preliminary injunction. It is based on my personal knowledge and experience, and my review of MFP's business records.

2. I am educated and trained as a family nurse practitioner, and I currently hold an active registered nurse license in Maine. I received a Master's of Science in Maternal-Child Health at the Harvard School of Public Health (now the Harvard T.H. Chan School of Public Health) and a Master's in Nursing at Simmons College in 1992. I earned my certificate as a Family Planning Nurse Practitioner at the College of Medicine and Dentistry of New Jersey in 1979. I received my Bachelor's of Science in Nursing degree at Sacred Heart University.

3. I have provided clinical care as a registered nurse and APRN (Advanced Practice Registered Nurse) throughout my career. In 2000, I was awarded the Nurse Practitioner of Excellence Award by the American Academy of Nurse Practitioners and the Maine Nurse Practitioner Association ("MNPA").

4. I am also a past President of the Board of Directors of MNPA, a position I held from 1995 to 1997 and 2015 to 2017. As President, I was responsible for overseeing advocacy and lobbying, member recruitment, and public relations and press work, as well as cultivating and maintaining MNPA's relationships with other medical professional associations.

5. I am familiar with section 71113 of the One Big Beautiful Bill Act, H.R. 1, 119th Cong. (2025) (the "Defunding Provision") and the devastating impact it will have on MFP. The Defunding Provision threatens our ability to continue caring for our patients, approximately half of whom are Medicaid recipients. The Defunding Provision will also gravely harm the thousands

of patients who depend on MFP for accessible, affordable, compassionate, and nonjudgmental care, particularly those from rural and underserved communities.

**I.    Maine Family Planning Provides Essential Health Care.**

6.     MFP is a 501(c)(3) non-profit corporation incorporated in Maine with its principal place of business in Augusta, Maine. MFP was founded on the promise of health care for all. MFP's mission is "to ensure that all people have access to high-quality, culturally relevant and affordable sexual and reproductive health care services, comprehensive sexual health education, and the right to control their sexual and reproductive lives."[1]

7.     MFP offers a range of health care services, including annual gynecological exams; screening for cervical and breast cancer; family planning counseling; birth control/contraception services; preconception consultation; screening, diagnosis and treatment of urinary tract, vaginal, and sexually transmitted infections; biopsies for gynecological issues; hormone therapy; and miscarriage and abortion care.

8.     Today, MFP operates eighteen family planning clinics, with at least one site in twelve of Maine's sixteen counties, and a mobile clinic. As pictured below, MFP's family planning clinics are located in Augusta, Bangor, Belfast, Calais, Damariscotta, Dexter, Ellsworth, Farmington, Fort Kent, Houlton, Lewiston, Machias, Norway, Presque Isle, Rumford, Skowhegan, Thomaston, and Waterville. MFP subcontracts with several other entities that in total provide access to sexual and reproductive health care in fifteen counties out of Maine's sixteen counties.

---

[1] Me. Family Plan., *2023-2024 Impact Report*, at 2 (2024), https://mainefamilyplanning.org/wp-content/uploads/MFP-2024-Annual-Report-v.4-single-pages-1.pdf.



9. Maine is one of the most rural states in the United States. According to Maine's Center for Disease Control & Prevention, 40 percent of the state's population live in rural areas.[2] Many patients live long distances from Maine's cities and find it difficult to access a health care provider. Moreover, due to Maine's challenging weather conditions, critical roads are often completely impassable during parts of the winter, particularly in rural Aroostook and Washington Counties.

10. Eleven of the counties where MFP operates clinics are more than 50 percent rural, as defined by the U.S. Census Bureau; eight of them are more than 80 percent rural.[3] Many of

---

[2] Me. Ctr. For Disease Control & Prevention, *Rural Health in Maine*, https://www.maine.gov/dhhs/mecdc/public-health-systems/rhpc/rural-health.shtml (last visited July 11, 2025).
[3] U.S. Census Bureau, *County Rurality Level: 2010*, at 39, https://www2.census.gov/geo/pdfs/reference/ua/County_Rural_Lookup_v4.pdf (last visited July 11, 2025); *see also* U.S. Census Bureau, *County-level Urban and Rural Information for the 2020 Census, (Tab "2020_UA_COUNTY," Column "POPPCT_RUR," County Name Penobscot, Kennebec, Knox, Oxford, Somerset, Aroostook, Waldo, Lincoln,*

MFP's direct service clinics are located in regions of the state designated by the U.S. Health Resources and Services Administration as Medically Underserved Areas.[4] In many of these areas, reproductive health care has basically disappeared—for example, MFP is the sole provider of comprehensive family planning and reproductive health care services in Norway and Farmington in western Maine, as well as in Washington County in eastern Maine. Two MFP clinics are listed as an essential community provider in the family planning category on the HHS Rolling Draft Essential Community Provider (ECP) List for the Federally-facilitated Marketplace ("ECP List").[5]

11.  Our family planning network subcontracts with forty-four additional sites, for a total of sixty-two family planning centers (sixty-three including the mobile clinic) located across the state. In recent years, our family planning network has served approximately 30,000 patients/year, providing services including STI/HIV tests, cervical cancer screenings, and placements of long-acting reversible contraception ("LARC"), such as IUDs or implants.[6] In calendar year 2024, the network served approximately 28,000 patients across the state, and MFP clinics specifically served 8,735 patients, including 645 abortion patients (7.38 percent of all patients), 633 primary care patients (7.25 percent of all patients), and 7,215 family planning patients (82.5 percent of all patients). Family planning patients had over 10,725 visits, including gynecological exams, pap smears, breast exams, STI testing, and birth control. Primary care

---

*Franklin, Hancock, Washington)*; https://view.officeapps.live.com/op/view. aspx?src=https%3A%2F%2Fwww2.census.gov%2Fgeo%2Fdocs%2Freference%2Fua%2F2020_UA_COUNTY.xls x&wdOrigin=BROWSELINK (last updated September, 2023).
[4] Health Res. & Servs. Admin., *MUA Find*, https://data.hrsa.gov/tools/shortage-area/mua-find (last visited July 14, 2025).
[5] *HHS Rolling Draft Essential Community Provider (ECP) List for the Federally-facilitated Marketplace*, Ctrs. for Medicare & Medicaid Servs., https://data.healthcare.gov/rolling-draft-list (last visited July 11, 2025) [hereinafter *ECP List*].
[6] Me. Fam. Plan., *Annual Report 2023*, at 4, https://mainefamilyplanning.org/wp-content/uploads/MFP2023AnnualReport.pdf (last visited July 14, 2025) (over 34,000 patients served by family planning network); Me. Fam. Plan., *2023-2024 Impact Report*, *supra* note 1, at 5 (over 31,000 patients served by family planning network).

5

patients had over 2,000 visits, including management of chronic conditions and menopause, physical exams, and geriatric health services.

12.  Aside from MFP and some of the subgrantees in its family planning network (including Planned Parenthood of Northern New England ("PPNNE") and Greater Portland Health ("GPH")), to the best of my knowledge, family planning services in Maine are available only through private gynecologists, non-specialist practitioners, Federally Qualified Health Centers ("FQHCs"), MaineHealth Maine Medical Center, and an independent health center, Mabel Wadsworth Center ("Mabel's").

13.  To the best of my knowledge, the only other publicly accessible health centers where a pregnant person can obtain abortion care in Maine aside from MFP are PPNNE clinics or Mabel's. To the best of my knowledge, PPNNE is also impacted by the Defunding Provision.

14.  Mabel's is a 501(c)(3) organization located in Bangor,[7] one of Maine's most populated cities. People who live in rural areas of Maine would have to travel long distances to access care at Mabel's. Mabel's provides the "full spectrum of sexual and reproductive health care and primary care services," including wellness exams, birth control, vasectomies, cancer screenings, testing and treatment for STIs and vaginal infections, infertility consultation, pregnancy testing and options counseling, prenatal care, primary care, and mental health counseling.[8] Mabel's also provides medication and procedural abortion.[9] Nearly half of Mabel's patients rely on Medicaid.[10] To the best of my knowledge, Mabel's is not impacted by the Defunding Provision.[11]

---

[7] Mabel Wadsworth Ctr., *Donate*, https://www.mabelwadsworth.org/donate/ (last visited July 14, 2025).
[8] Mabel Wadsworth Ctr., *Health Services*, https://www.mabelwadsworth.org/services/ (last visited July 14, 2025).
[9] *Id.*
[10] Remarks by Andrea Irwin, *Maine Community Leaders Urge Senators Collins and King to Oppose Kyle Duncan's Nomination*, Mabel Wadsworth Ctr. (Feb. 15, 2018), https://www.mabelwadsworth.org/2018/02/26/maine-community-leaders-urge-senators-collins-king-oppose-kyle-duncans-nomination/.
[11] *ECP List*, *supra* note 5.

6

15. GPH is a 501(c)(3) federally qualified health center that provides a range of family planning, women's health care, and maternal and prenatal health services, including contraception management and management of HIV/AIDS, Hepatitis C, and other infectious diseases.[12] GPH also provides primary care, including wellness exams, sick visits, and management of chronic conditions like diabetes and asthma; behavioral health care, including substance use disorder services; and dental care.[13] GPH does not provide abortions. GPH has locations in the Greater Portland metropolitan area, including a health center at 180 Park Avenue in Portland,[14] which appears on the ECP List as a family planning provider.[15] People who live in rural areas of Maine would have to travel long distances to access care at GPH. GPH accepts Medicaid, and in 2023 and 2024, approximately 51 percent of GPH's patients were on Medicaid.[16]

16. MaineHealth Maine Medical Center ("MMC") is part of MaineHealth, a 501(c)(3) integrated health care system that provides family planning and reproductive health care at some locations, including in Portland, such as routine gynecological exams; preventive screenings; infertility and family planning counseling; birth control services; pregnancy screening; diagnosis and treatment of urinary tract, vaginal, and sexually transmitted infections; biopsies for gynecological issues; and miscarriage care.[17] MMC provides a range of other medical and

---

[12] Greater Portland Health, *Services*, https://www.greaterportlandhealth.org/services (last visited July 14, 2025); Greater Portland Health, *Our Story*, https://www.greaterportlandhealth.org/about/our-story (last visited July 14, 2025); Greater Portland Health, *School Based Health Centers,* https://www.greaterportlandhealth.org/services/school-based-health-centers (last visited July 14, 2025).
[13] Greater Portland Health, *Services*, *supra* note 12.
[14] Greater Portland Health, *Hours & Locations,* https://www.greaterportlandhealth.org/locations (last visited July 14, 2025).
[15] *ECP List*, *supra* note 5.
[16] Greater Portland Health, *Payment and Insurance*, https://www.greaterportlandhealth.org/payment-and-insurance (last visited July 14, 2025); Greater Portland Health, *2023 Annual Report*, at 14, https://files.aptuitivcdn.com/eGVOpZw261-1791/docs/2023-Annual-Report-1.pdf (last visited July 14, 2025); Greater Portland Health, *2024 Annual Report*, at 14, https://files.aptuitivcdn.com/eGVOpZw261-1791/docs/2024-Annual-Report.pdf (last visited July 14, 2025).
[17] MaineHealth, *About MaineHealth*, https://www.mainehealth.org/about-mainehealth (last visited July 14, 2025); MaineHealth, *Obstetrics & Gynecology (OB/GYN)*, https://www.mainehealth.org/care-services/obstetrics-gynecology-obgyn (last visited July 14, 2025); MaineHealth, *Sexually Transmitted Diseases*,

behavioral health services, such as primary care, urgent and inpatient care, and other specialized care.[18] MMC provides abortions, including for lethal fetal conditions,[19] but generally only to existing or referred patients. MMC accepts Medicaid, and its Portland location appears on the ECP List.[20]

17.     This shortage of family planning and reproductive health care providers has only been exacerbated by several hospitals in Maine closing their labor and delivery units and, as a result, OB/GYNs leaving the area and patients having to rely on their primary care providers for family planning and reproductive health services. However, my understanding is that some primary care providers tell their patients to come to MFP because they do not feel comfortable providing services they do not specialize in or routinely provide, or because they have caps on the number of Medicaid patients they accept into their practice.

18.     After seeing the growing need for additional primary care providers, particularly given ongoing shortages of providers and long wait times, MFP decided to start offering primary care at our Ellsworth clinic in 2015 and at our Houlton and Presque Isle clinics in 2022. Those

---

https://www.mainehealth.org/care-services/infectious-disease-care-travel-medicine/sexually-transmitted-disease-std (last visited July 14, 2025); MaineHealth, *Uterine Cancer/Endometrial Cancer*, https://www.mainehealth.org/mainehealth-cancer-care/cancer-conditions-services/uterine-cancer-endometrial-cancer (last visited July 14, 2025); MaineHealth, *Miscarriage Testing & Treatment*, https://www.mainehealth.org/care-services/prenatal-care-and-childbirth/miscarriage-testing-treatment (last visited July 14, 2025).

[18] MaineHealth, *Care & Services*, https://www.mainehealth.org/care-services (last visited July 14, 2025); MaineHealth, *Cervical Cancer*, https://www.mainehealth.org/mainehealth-cancer-care/cancer-conditions-services/cervical-cancer (last visited July 14, 2025); MaineHealth, *Vaginal Cancer*, https://www.mainehealth.org/mainehealth-cancer-care/cancer-conditions-services/vaginal-cancer (last visited July 14, 2025); MaineHealth, *Prenatal Testing/ Pregnancy Screening*, https://www.mainehealth.org/care-services/prenatal-care-and-childbirth/prenatal-testing-pregnancy-screening (last visited July 14, 2025); MaineHealth, *Obstetrics & Gynecology – MaineHealth Franklin Hospital*, https://www.mainehealth.org/mainehealth-franklin-hospital/care-services/obstetrics-gynecology-mainehealth-franklin-hospital (last visited July 14, 2025).

[19] Yves-Yvette Young et. al., *Expanding Access to Later Abortion Care in Maine*, Ibis Reprod. Health, Later Abortion Initiative, at 1 (Feb. 2021), https://www.ibisreproductivehealth.org/publications/expanding-access-later-abortion-care-maine-improving-state-clinic-referral-systems.

[20] MaineHealth, *Billing and Financial Services*, https://www.mainehealth.org/patients-visitors/billing-and-financial-services (last visited July 14, 2025); MaineHealth, *Health Insurance Coverage*, https://www.mainehealth.org/patients-visitors/billing-and-financial-services/mainehealth-access-care/health-insurance-coverage (last visited July 14, 2025); *ECP List*, *supra* note 5.

clinics offer a range of primary care services including wellness and preventive care; diagnosis and treatment of common acute and chronic conditions like strep throat, asthma, or diabetes; and geriatric health services. MFP also uses our referral network to ensure our patients can receive primary care outside of the areas served by those three clinics and access diagnostic screenings and services that we do not offer onsite.

19. For approximately 70 percent of our patients, we are the only health care provider they will see in a given year. Even if they are not seeing us for primary care, we will discuss their overall health and identify potential chronic illnesses.

20. Last year, MFP launched a mobile health care van that travels across the state to serve populations that have difficulty accessing health care, such as the unhoused, people with substance use disorder, and migrant farm workers, making stops at locations like safe injection sites and soup kitchens. These populations often have difficulty traveling to our brick-and-mortar clinics and often distrust or have experienced stigma and judgment by more traditional medical facilities. The mobile health care van provides urgent primary care, wound care, and family planning and reproductive health services including birth control, Pap smears, and STI testing. We also identify potential chronic illnesses that, without proper diagnosis and treatment, could lead to serious or even life-threatening illnesses. We are generally the sole health care provider these populations see in a given year, and many of these patients would otherwise not be able to access care.

21. MFP has won several awards for its provision of quality care, including the 2013 National Family Planning & Reproductive Health Association Dr. Allan Rosenfield Access Award for achievement in improving access to reproductive health care at the local level; the 2018 Dr. Wendy J. Wolf Health Leadership Award from the Maine Health Access Foundation, recognizing

MFP President/CEO George Hill and MFP's dedication to providing access to quality health care; the 2018 Pump Handle Award from the Maine Center for Disease Control and Prevention for important contributions to helping reduce the impact of infectious diseases in Maine; the 2021 Maine Association for Health, Physical Education, Recreation, and Dance Honor Award, recognizing MFP and its staff's efforts to provide evidence-based sexuality information for STI/HIV and pregnancy prevention to teachers in Maine; and the 2024 WIC Breastfeeding Award of Excellence for MFP WIC of Hancock and Washington Counties' prenatal education and breastfeeding peer counseling program.

## II. Loss of Medicaid Funding Has Been Devastating to Maine Family Planning and Its Patients.

22. As of July 7, 2025, the first business day after the Defunding Provision went into effect, we are no longer accepting new patients enrolled in Medicaid who are seeking primary care. On average, we have about four new primary care patients who have Medicaid as either their primary or secondary insurance contact us every week. For existing patients with Medicaid, who come to us for family planning and primary care, we are continuing to see them for now. But we have determined that by September 30, 2025, we will start notifying all of our existing family planning and primary care patients that we will no longer be able to serve them past October 31, 2025. Overall, without Medicaid funding, several MFP clinics may be forced to limit or end their services.

23. MFP strives to make health care accessible to all patients, regardless of their income. MaineCare is the state of Maine's Medicaid program; it is the largest health insurance program in the state and is jointly funded by the federal and state governments. The federal government funds 62 percent of the insurance program, but in some cases, it can fund as high as

90 percent.[21] MFP started providing patient care in 1997 and has accepted Medicaid since 1998. All eighteen clinics, plus the mobile clinic, accept Medicaid today.

24. Medicaid is essential to MFP. About 20 to 25 percent of MFP's annual budget—roughly $1.9 million dollars—comes from Medicaid funding. Specifically, from July 1, 2022 to June 30, 2023, 22.7 percent of MFP's budget came from Medicaid (listed as "Program Fees").[22] In federal fiscal year 2023, October 1, 2022 to September 30, 2023, MFP received more than $800,000 from Medicaid reimbursements. However, because of the Defunding Provision's immediate effective date, we have stopped billing Medicaid for all services effective July 5, 2025.

25. The state of Maine covers the costs of abortion care for Medicaid patients using state funds. Outside of the narrow Hyde Amendment exceptions, we receive no federal funding for abortion care provided in Maine. MFP strictly ensures that our use of federal funds, including Medicaid funds, complies with abortion-related restrictions on these funds. In MFP's approximately fifty-year tenure as the Title X grantee for the state of Maine, MFP has never been found to have misappropriated funding or to have failed to distinguish between federal funding for non-abortion services and separate funding for abortion care.

26. The Defunding Provision has created a chaotic and uncertain financial future. To ensure that we (and the subgrantees in our family planning network) can continue to see patients without having to immediately close clinic sites or drastically cut services, MFP is currently relying on reserve funding. After careful consideration, MFP has concluded that it is unsustainable to deplete these reserves, and we can only continue providing care to all of our existing Medicaid family planning and primary care patients through October 2025, at the latest.

---

[21] *Impact of Federal Medicaid Proposals on Maine*, Me. Dep't of Health & Human Servs. (May 2, 2025) https://www.maine.gov/dhhs/blog/impact-federal-medicaid-proposals-maine-2025-05-02.
[22] Me. Fam. Plan., *Annual Report 2023*, *supra* note 6 at 16.

11

27. We cannot abruptly discharge our Medicaid patients. Our practice is to provide at least 30 days' notice, explain the reason for the discharge and that we will continue providing them with emergency medical care during the 30-day notice period, and offer them resources to find alternative sources of medical care. Our patients rely on us for treatment of complex, chronic medical conditions; if we stopped seeing them, it could take them weeks or months to find and establish care with a new provider who takes Medicaid—if they are able to find one at all—given the burdens of longer travel, longer waits, and a statewide provider shortage. Without access to a Medicaid provider, many patients will be unable to afford care out of pocket.

28. Moreover, we have patients with recurring or follow-up appointments whose care may be interrupted by the Defunding Provision. For several of the procedures or treatments that we provide, follow-up appointments are recommended to confirm that the treatment worked and that the patient's condition has improved. For example, when patients test positive for chlamydia, our protocol is to follow-up in 12 weeks to ensure they are no longer infected; when patients have colposcopies (an examination of the cervix), our protocol is to follow-up in six months; and when patients have abnormal cervical cancer screenings, our protocol is to follow-up with them in three to six months. But now, we do not know whether patients that we see for these procedures will be able to return for follow-up appointments because we do not know whether we will be able to continue operating all of our clinic locations and offering these services. If we cannot see these patients or are not able to get them in for a follow-up appointment, I do not know if they could obtain care covered by Medicaid elsewhere. This has the potential to dramatically impact their health.

29. We have no choice but to begin notifying Medicaid patients by September 30 that we must discharge them. To do so, our staff will have to spend time—time that they could

otherwise use to serve patients—processing medical releases, preparing medical records, and finding alternate providers, as well as explaining to patients why we cannot continue to serve them. Moreover, once these patients are notified, it will be unlikely that they return to MFP, even if the Defunding Provision is blocked. Patients will be confused as to why we discharged them only to later learn that we can continue to serve them. Disruptions in care are detrimental to the patient-provider relationship.

30. Being forced to deny care to our existing patients and being unable to serve new patients is devastating. MFP clinics serve Maine counties with some of the highest rates of enrollment in Medicaid: for example, about 40 percent of the population in rural counties like Aroostook County, Washington County and Somerset County relies on Medicaid.[23] Between July 1, 2022 and June 30, 2023, 41 percent of our family planning network's patients had public insurance, 12 percent were uninsured, and 82 percent fell at or below 250 percent of the federal poverty level and, as a result, qualified for free or reduced services.[24] In calendar year 2024, 49.8 percent of patients who received care other than abortion at MFP were enrolled in Medicaid. Without access to Medicaid, most of these patients could not afford to see a health care provider.

31. MFP offers a broad range of health care to patients with Medicaid coverage or who are presumptively eligible under Maine's Limited Family Planning Benefit (which provides limited coverage for family planning services). For example, MFP provides these patients routine gynecologic exams, pregnancy testing, contraceptive services, cancer screenings, and STI testing.

32. For many Mainers, MFP is the only provider where they can practically obtain LARCs. All MFP clinics offer LARCs while, outside of MFP clinics, LARC availability is

---

[23] Letter from Janet T. Mills, Gov., State of Me., to Sen. Susan Collins et al. (June 25, 2025), https://mainemorningstar.com/wp-content/uploads/2025/06/6.25.25_Governor-Mills-Delegation-Letter.pdf.
[24] Me. Fam. Plan., *Annual Report 2023*, *supra* note 6.

sporadic and dependent on who is scheduled to work. This care is expensive and necessitates Medicaid funding. For contraceptive care, including LARCs, Medicaid reimburses providers not only for the visit but also for the cost of the contraceptive device. IUDs cost, on average, between $400 and $500. Since we have stopped billing Medicaid for covered services, we are now covering the cost of both the visit and the contraceptive devices themselves.

33. Many of our patients prefer to be seen at MFP rather than another Medicaid provider because we specialize in family planning and reproductive health care, and patients trust us to provide sensitive care like STI screening in a nonjudgmental and confidential manner. Likewise, because Maine's population is small—particularly in some of the less densely populated areas where MFP clinics are located—some patients prefer to keep their family planning- and reproductive health-related care at MFP separate from their primary care to avoid the chance of their acquaintances finding out about intimate and potentially stigmatizing health care decisions. Because MFP works hard to build strong, trusting relationships with our patients, many of our patients continue to come back to us for care.

34. If we can no longer accept Medicaid, MFP will have no choice but to turn away the patients who seek our services. Many of them will have nowhere else to turn, since MFP has clinics in many rural areas of the state where there are very few other health care providers, and none that specialize in family planning care. Indeed, most of the patients we see in the mobile health care facility are Medicaid-enrolled, and not being able to accept Medicaid threatens our ability to continue offering care to these populations due to the expense of maintaining the program.

35. Even patients who may be able to access health care elsewhere will face significant delays from the already overstretched health care system in Maine. There is already a shortage of providers who accept Medicaid, and it will be difficult if not impossible for the thousands of

patients we see each year to find new practices willing to take on additional Medicaid recipients. Many of our patients will be forced to travel further distances and face longer wait times and higher costs to access alternate care. Many may be forced to forgo health care altogether. These additional burdens will fall on patients who, by definition, already face significant hurdles in accessing care in the first place.

36. Now that MFP has been labeled a "prohibited entity" under the Defunding Provision, I worry that our patients will be confused about whether MFP is precluded from receiving Medicaid funds because it is guilty of fraud or other serious criminal behavior. We will have to spend staff time and resources explaining that MFP is being excluded solely because we also provide abortion care. This may impact the trust and reputation that we worked hard to build.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July 2025 at Augusta, Maine.

_____
Evelyn Kieltyka