## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

THE FAMILY PLANNING                    )
ASSOCIATION OF MAINE D/B/A             )
MAINE FAMILY PLANNING,                 )
                                       )
Plaintiff,                             )
                                       )
v.                                     )
                                       )         Case No. 1:25-cv-00364
UNITED STATES DEPARTMENT OF            )
HEALTH AND HUMAN SERVICES;             )
                                       )
ROBERT F. KENNEDY, JR., in his         )
official capacity as Secretary of Health )
and Human Services;                    )
                                       )
CENTERS FOR MEDICARE &                 )
MEDICAID SERVICES;                     )
                                       )
and                                    )
                                       )
MEHMET OZ, in his official capacity as )
the Administrator of the Centers for   )
Medicare & Medicaid Services,          )
                                       )
Defendants.                            )

## JOINT MOTION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A TRO AND/OR PRELIMINARY INJUNCTION

The Family Planning Association of Maine d/b/a Maine Family Planning ("Plaintiff") and the United States Department of Health and Human Services, Robert F. Kennedy, Jr., the Centers for Medicare & Medicaid Services, and Mehmet Oz (collectively "Defendants") jointly move the Court to set the following briefing schedule on Plaintiff's Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction (ECF No. 5), as follows:

1.  Defendants' response to Plaintiff's Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction shall be due on August 1, 2025.

2. Plaintiff's reply shall be due on August 8, 2025.

Dated: July 23, 2025                          Respectfully submitted,

/s/ Meetra Mehdizadeh_____
Meetra Mehdizadeh*
Astrid Marisela Ackerman*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3788
mmehdizadeh@reprorights.org
aackerman@reprorights.org

Taylor Asen
Rosalie B.C. Wennberg
GIDEON ASEN LLC
95 Main Street, 4th Floor, #5
Auburn, ME 04210
(207) 206-8982
tasen@gideonasenlaw.com
rwennberg@gideonasenlaw.com

Faith Gay**
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
(212) 390-9000
fgay@selendygay.com

*Attorneys for Plaintiff*

*Admitted* pro hac vice

** *Application for admission* pro hac vice
*forthcoming*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*