UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE d/b/a MAINE FAMILY PLANNING,<br><br>      Plaintiff<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the Department of Health and Human Services,<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES, and<br><br>MEHMET OZ, in his capacity as Administrator of the Centers for Medicare & Medicaid Services,<br><br>      Defendants | No. 1:25-cv-00364-LEW |

## ORDER

      The Court hereby ORDERS the parties to submit supplemental briefs on the significance of *Planned Parenthood of Minnesota v. Minnesota*, 612 F.2d 359 (8th Cir. 1980), *sum. aff'd*, 448 U.S. 901 (1980), to the pending Motion for Preliminary Injunction. Briefs will be submitted on or before 5:00 p.m., Friday, August 15, 2025, and will be limited to five pages. No responses are permitted.

      **SO ORDERED.**

Dated this 14th day of August, 2025.

                                                  /s/ Lance E. Walker<br>
                                                **CHIEF U.S. DISTRICT JUDGE**