**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING; <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES and <br><br> MEHMET OZ, in his official capacity as the Administrator of the Centers for Medicare & Medicaid Services, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:25-cv-00364 |

**NOTICE OF APPEAL**

Please take notice that Plaintiff Family Planning Association of Maine d/b/a Maine Family Planning hereby appeals to the United States Court of Appeals for the First Circuit from this Court's August 25, 2025 Order on Motion for Preliminary Injunction, ECF No. 31.

Dated: August 29, 2025                Respectfully submitted,

/s/ Meetra Mehdizadeh
Meetra Mehdizadeh*
Astrid Marisela Ackerman*
CENTER FOR REPRODUCTIVE RIGHTS

199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3788
mmehdizadeh@reprorights.org
aackerman@reprorights.org

Taylor Asen
Rosalie B.C. Wennberg
GIDEON ASEN LLC
95 Main Street, 4th Floor #5
Auburn, Maine 04210
(207) 206-8982
tasen@gideonasenlaw.com
rwennberg@gideonasenlaw.com

Faith Gay*
Joshua Margolin*
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
(212) 390-9000
fgay@selendygay.com
jmargolin@selendygay.com

*Attorneys for Plaintiff*

*\*Admitted* pro hac vice