# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE d/b/a MAINE FAMILY PLANNING,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-00364-LEW |

## CONSENT MOTION TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR AN INJUNCTION PENDING APPEAL

Defendants, the U.S. Department of Health and Human Services, *et al.*, hereby move the Court to stay further district court proceedings pending resolution of any motion in which Plaintiff seeks an injunction pending appeal before the U.S. Court of Appeals for the First Circuit and/or the Supreme Court. As grounds for this Motion, Defendants state as follows:

1. On July 16, 2025, Plaintiff filed its Complaint and Motion for a Preliminary Injunction. *See* ECF Nos. 1, 5.

2. Defendants opposed that motion, *see* ECF No. 24.

3. On August 25, 2025, this Court denied the Motion for a Preliminary Injunction. *See* ECF No. 31.

4. Plaintiff appealed that Order, *see* ECF No. 32, and moved for an Emergency Injunction Pending Appeal, *see* ECF No. 33.

5. In its Motion, Plaintiff requested a prompt ruling so that it may request relief from the First Circuit, if necessary, before September 30, 2025. *See* ECF No. 33.

1

6. This Court denied that motion on September 8, 2025. *See* ECF No. 38.

7. Defendants believe that resolution of any motion in which Plaintiff seeks an injunction pending appeal from the First Circuit and/or Supreme Court could provide clarity on next steps in the case. As a result, for efficiency, Defendants ask this Court to stay further district court proceedings in this case pending resolution of such motions.

8. Good cause exists to grant this Motion.

9. No party will be prejudiced by this Motion, and the relief requested here will not significantly delay this matter.

10. Counsel for Defendants conferred with counsel for Plaintiff, and Plaintiff consents to this Motion.

WHEREFORE, Defendants respectfully request that this Motion be allowed and that further district court proceedings be stayed pending resolution of any motion in which Plaintiff seeks an injunction pending appeal before the First Circuit and/or Supreme Court.

Dated: September 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

EMILY M. HALL
ELIZABETH HEDGES
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
JACOB S. SILER
Trial Attorneys
Federal Programs Branch

/s/  Elisabeth J. Neylan
ELISABETH J. NEYLAN
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*