# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

THE FAMILY PLANNING ASSOCIATION OF MAINE d/b/a MAINE FAMILY PLANNING,

*Plaintiff,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Defendants.*

No. 1:25-cv-00364-LEW

## JOINT STATUS REPORT

Plaintiff Maine Family Planning, and Defendants, the U.S. Department of Health and Human Services (HHS), *et al.*, hereby submit this Joint Status Report following the resumption of appropriations:

1. On July 16, 2025, Plaintiff filed its Complaint and Motion for a Preliminary Injunction. *See* ECF Nos. 1, 5.

2. Defendants opposed that motion, *see* ECF No. 24.

3. On August 25, 2025, this Court denied the Motion for a Preliminary Injunction. *See* ECF No. 31.

4. Plaintiff appealed that Order, *see* ECF No. 32, and moved for an Emergency Injunction Pending Appeal, *see* ECF No. 33.

5. This Court denied that motion on September 8, 2025. *See* ECF No. 38.

6. Plaintiff then sought an injunction pending appeal from the U.S. Court of Appeals for the First Circuit, *see Maine Family Planning v. HHS*, No. 25-1829 (1st Cir.), and this Court granted

1

Defendants' consent motion to stay further district court proceedings pending resolution of that motion. *See* ECF No. 42.

7. The First Circuit denied the motion for an injunction pending appeal on October 16, 2025.

8. Plaintiff's appeal of this Court's order denying its motion for a preliminary injunction remains pending before the First Circuit.

9. The parties have conferred and believe that resolution of the appeal could provide clarity on next steps in the case. Therefore, in the interest of efficiency, the parties propose that further district court proceedings remain stayed pending resolution of the preliminary injunction appeal in the First Circuit.

| | |
|---|---|
| Dated: November 21, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division |
| | ELIZABETH HEDGES<br>TIBERIUS DAVIS<br>Counsel to the Assistant Attorney General<br>Civil Division |
| | MICHELLE R. BENNETT<br>Assistant Director<br>Federal Programs Branch |
| | JACOB S. SILER<br>Trial Attorney |

Federal Programs Branch

/s/ *Elisabeth J. Neylan*
ELISABETH J. NEYLAN
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*


/s/ *Meetra Mehdizadeh*
Meetra Mehdizadeh*
Astrid Marisela Ackerman*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3788
mmehdizadeh@reprorights.org
aackerman@reprorights.org

Taylor Asen
Rosalie B.C. Wennberg
GIDEON ASEN LLC
95 Main Street, 4th Floor #5
Auburn, Maine 04210
(207) 206-8982
tasen@gideonasenlaw.com
rwennberg@gideonasenlaw.com

Faith Gay*
Joshua Margolin*
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
(212) 390-9000
fgay@selendygay.com
jmargolin@selendygay.com

*Attorneys for Plaintiff*

**Admitted* pro hac vice