## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES;<br><br>and<br><br>MEHMET OZ, in his official capacity as the Administrator of the Centers for Medicare & Medicaid Services,<br><br>Defendants. | Case No. 1:25-cv-00364 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Family Planning Association of Maine d/b/a Maine Family Planning hereby provides notice that this action is voluntarily dismissed without prejudice. Defendants have not served either an answer or a motion for summary judgment. Accordingly, voluntary dismissal without prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Additionally, on December 18, the parties submitted a stipulated dismissal of Plaintiff's appeal in the Court of Appeals for the First Circuit. *See Fam. Plan. Ass'n. of Me. v. U.S. Dep't of Health and Hum. Servs.*, No. 25-1829 (1st Cir. Dec. 29, 2025) (ordering voluntary dismissal of appeal pursuant to Fed. R. App. P. 42(b)(1)).

Dated: December 29, 2025                    Respectfully submitted,

/s/ Meetra Mehdizadeh
Meetra Mehdizadeh*
Astrid Marisela Ackerman*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3788
mmehdizadeh@reprorights.org
aackerman@reprorights.org

Taylor Asen
Rosalie B.C. Wennberg
GIDEON ASEN LLC
95 Main Street, 4th Floor #5
Auburn, Maine 04210
(207) 206-8982
tasen@gideonasenlaw.com
rwennberg@gideonasenlaw.com

Faith Gay*
Joshua Margolin*
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
(212) 390-9000
fgay@selendygay.com
jmargolin@selendygay.com

*Attorneys for Plaintiff*

**Admitted* pro hac vice*